IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK LEO SHORTY,<br><br>    Petitioner,<br><br>vs.<br><br>EARL L. HOUSER, Superintendent III,<br>Goose Creek Correctional Center,<br><br>    Respondent. | No. 3:19-cv-00223-JKS<br><br>ORDER<br>[Re: Friend of Court Brief in Support of Petition<br>for Writ of Habeas Corpus at Docket No. 15;<br>Motion to Appoint Counsel at Docket No. 2] |

At Docket No. 15, the Federal Public Defender for the District of Alaska filed, as friend of the court, a supplemental brief in support of Shorty's petition for writ of habeas corpus. In that filing, the Federal Public Defender requests that the Court grant Shorty's request for appointment of counsel, which was previously denied without prejudice to renew, Docket No. 4. The Federal Public Defender contends that Shorty has a potentially-meritorious claim that he exhausted in state courts, and requires assistance to amend his petition to raise it in these proceedings.

**IT IS THEREFORE ORDERED:**

1. Shorty's Motion for Appointment of Counsel at Docket No. 2 is provisionally granted. The Federal Public Defender for the District of Alaska shall determine whether Shorty qualifies for a court-appointed attorney under the Criminal Justice Act ("CJA"), 18 U.S.C. § 306A. If Mr. Shorty qualifies, the Federal Public Defender's office shall designate counsel to represent Mr. Shorty in this case. Once designated, but **in no more than fourteen (14) days from the date of this**

-1-

**Order, appointed counsel shall immediately file a notice of appearance**. If Mr. Shorty does not qualify for an appointed attorney, the Federal Public Defender should notify the Court.

2. Counsel for Mr. Shorty shall review the record, confer with Mr. Shorty, and file an amended § 2254 petition, a notice that no amended petition will be filed, or a notice that the petition is being withdrawn, within sixty (60) days from the date of this Order.

3. If Mr. Shorty files an amended petition, Respondent shall file and serve either an answer or a motion in response within sixty (60) days from the date of service of the amended petition. *See* Rule 4, Rules Governing § 2254 Cases. The Court also notes its preference that procedural issues be addressed concurrently with the merits of the habeas petition. If not already provided to the Court, any response to the amended petition shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4 and 5, Rules Governing § 2254 Cases. Counsel for Mr. Shorty may file and serve an optional reply within twenty-one (21) days of service of Respondent's answer.

4. If Mr. Shorty elects to proceed on the petition at Docket No. 1, he should concurrently file with his notice that no amended petition will be filed, a reply to Respondent's submission at Docket No. 13.

5. The Clerk of Court is respectfully directed to provide a copy of this Order to the Federal Public Defender.

Dated at Anchorage, Alaska this 16th day of January, 2020.

s/James K. Singleton, Jr.  
JAMES K. SINGLETON, JR.  
Senior United States District Judge